[No. 17533-5-I. Division One. August 31, 1987.]

FAMILY SAVINGS AND LOAN ASSOCIATION, *Respondent,* v. CASCADE SAVINGS AND LOAN ASSOCIATION, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-2-03525-9, John E. Rutter, Jr., J., entered November 8, 1985. *Affirmed* by unpublished opinion per Walterskirchen, J. Pro Tem., concurred in by

Durham and Little, JJ. Pro Tem.